UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                    CASE NO.: 15-27261-RBR

RENATA ROSE LEROY,

    Debtor.                                              CHAPTER 7

_____/

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF

Renata Rose Leroy (the "Debtor"), by and through counsel, responds in opposition to the Motion for Relief [Doc. No. 19] filed by Creditor, Wells Fargo Bank, N.A. (the "Creditor") and states:

1. On October 30, 2015, the Creditor filed a Motion for Relief [Doc. No. 19].

2. The Creditor's Motion is directed to the Debtor's homestead.

3. However, the Debtor wishes to participate in the Court's Mortgage Modification Mediation Program in order to seek a modification to retain her home.

4. The Debtor will be filing the motion to do so shortly.

**WHEREFORE**, the Debtor respectfully requests the entry of an Order:

    (a) denying the Creditor's Motion for Relief [Doc. No. 19]; and

    (b) granting any other and relief the Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically on all parties on November 17, 2015.

Respectfully submitted by:

MICHAEL GULISANO, ESQUIRE
5613 NW 117th Ave.
Coral Springs, FL 33076
561-271-1678

/s Michael Gulisano
Michael Gulisano, Esquire
Fla. Bar No. 87573
gulisanomichael@gmail.com