

**ORDERED in the Southern District of Florida on December 10, 2015.**

_Raymond B. Ray_

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                   Case No. 15-27261-RBR
                                                         Chapter 7
RENATA ROSE LEROY,

       Debtor.
_____/

### ORDER LIFTING THE AUTOMATIC STAY
### IN FAVOR OF WELLS FARGO BANK, N.A.

    **THIS CASE** came before the Court for hearing on December 8, 2015 at 9:30 AM on the Motion for Relief from the Automatic Stay [d.e. #19] filed by Wells Fargo Bank, N.A. ("Secured Creditor"), and the Court having heard argument of counsel, and the Court being otherwise more fully advised in the premises, it is

    **ORDERED:**

    1.    Secured Creditor's Motion for Relief from the Automatic Stay is granted.

    2.    The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **150 NW 112Th Lane, Coral Springs, FL 33071**, legally described as:

**LOT 8, BLOCK X, CYPRESS GLEN. ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 104, PAGE 26 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

3.    This Order Lifting the Automatic Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful in rem remedies as to the subject property and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor.

4.    All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor.

5.    The Court waives the fourteen (14) day stay of the Order Granting Relief pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

###

**Order submitted by:**
Brandi R. Lesesne
Aldridge | Pite LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305

**Brandi R. Lesesne is directed to serve copies of this order on interested parties and file a certificate of service.**