## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                                                    CASE NO.: 15-27261-RBR

RENATA ROSE LEROY,                                          CHAPTER 7

DEBTOR.
_____/

### NOTICE OF FILING SUPPORTING DOCUMENTATION

Debtor, Renata Leroy, by and through counsel, gives notice of filing documentation in support of its Amended Schedule I (Doc. No. 41). *See* Profit and Loss Statement attached as Exhibit A.

### CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was served on December 22, 2015 by CM/ECF electronic filing to all registered users in this matter and by U.S. Mail to the non-registered user or users below.

                                                  Respectfully submitted by,

                                                  MICHAEL GULISANO, ESQUIRE
                                                  5613 NW 117th Ave.
                                                  Coral Springs, FL 33076
                                                  561-271-1678
                                                  gulisanomichael@gmail.com

                                                  s/ Michael Gulisano
                                                  Michael Gulisano, Esquire
                                                  Florida Bar No.: 87573

**Renata Leroy**

**Profit and Loss Statement - December 1, 2014 to November 30, 2015**

**12 Month Income    =    62,177**

**12 Month Expenses  =    13,008**

DEC 2014

| | |
|---|---|
| **Income** | **5332** |
| **Expenses** | **1148** |

DEPOSITS $5332.00
GAS AND TOLLS $317.25
AUTO INS $112.18
HEALTH INS $460
MALPRACTICE INS. $40
PHONE / INTERNET $72
CELL PHONE $147

JAN 2015

| | |
|---|---|
| **Income** | **5506** |
| **Expenses** | **1156** |

DEPOSITS $5506.00
GAS AND TOLLS $312
AUTO INS $112.18
HEALTH INS. $ 460
MALPRACTICE INS $40
PHONE/INTERNET $80
CELL PHONE $152

FEBRUARY 2015

| | |
|---|---|
| **Income** | **5616** |
| **Expenses** | **1539** |

DEPOSITS $5616.00
GAS AND TOLLS AND CAR RENTAL $700.72
AUTO INS. $112.18
HEALTH INS. $460

1

Exhibit A

MALPRACTICE INS $40
PHONE/INTERNET $90.11
CELL PHONE $137.22

**MARCH 2015**

**Income**     **5161**
**Expenses**   **1249**

DEPOSITS $5161.60
GAS / TOLLS $369.26
AUTO INS. $79.88
HEALTH INS $513.
MALPRACTICE $40
PHONE/ INTERNET $ 139.11
CELL PHONE $109.53

**APRIL 2015**

**Income**     **5444**
**Expenses**   **1103**

DEPOSITS $5444.43
GAS/TOLLS $ 295.60
AUTO INS $77.62
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $140.00
CELL PHONE $125.00

**MAY 2015**

**Income**     **7334**
**Expenses**   **1166**

DEPOSITS $7334.00
GAS/TOLLS $359.07
AUTO INS $76.51
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $140.00
CELL PHONE $125.00

**JUNE 2015**

**Income**       **3204**
**Expenses**     **1021**

DEPOSITS $3204.00
GAS/TOLLS $153.08
AUTO INS $107.48
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $131.08
CELL PHONE $164.00


**JULY 2015**

**Income**       **4194**
**Expenses**      **940**

DEPOSITS $4194.00
GAS/TOLLS $97.10
AUTO INS $81.34
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $130.90
CELL PHONE $166.00

**AUGUST 2015**

**Income**       **4758**
**Expenses**     **1089**

DEPOSITS $4758.00
GAS/TOLLS $239.22
AUTO INS $80.21
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $83.40
CELL PHONE $131.53
UNIFORMS $90.88

**SEPTEMBER 2015**

**Income         5774**
**Expenses        880**

DEPOSITS $5774.00
GAS/TOLLS $127.00
AUTO INS $79.07
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $81.90
CELL PHONE $127.36

**OCTOBER 2015**

**Income         6002**
**Expenses        858**

DEPOSITS $6002.00
GAS/TOLLS $106.11
AUTO INS $77.94
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $82.23
CELL PHONE $127.22

**NOVEMBER 2015**

**Income         3852**
**Expenses        859**

DEPOSITS $3852.00
GAS/TOLLS $111.50
AUTO INS $76.78
HEALTH INS $426.18
MALPRACTICE INS. $40
PHONE / INTERNET $82.23
CELL PHONE $124.03